# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KAREN DAVIS,

        Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (PA SOCIAL SERVICES UNION
AND NETHERLANDS INSURANCE
COMPANY),

        Respondents

: No. 38 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.